UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERA LUKMAN,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>　　　　Defendant. | Case No.  24-cv-02427-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| MEDIATION TO BE COMPLETED BY: | November 29, 2024 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None; Motions under FRCP Rule 16(b)(4) and with good cause |
| NON-EXPERT DISCOVERY CUTOFF: | January 17, 2025 |
| EXPERT DISCOVERY CUTOFF: | N/A |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | February 14, 2025 |
| DEFENDANT TO LODGE ADMINISTRATIVE RECORD UNDER SEAL: | February 28, 2025 |
| PLAINTIFF TO FILE RULE 52 MOTION: | March 7, 2025 |
| DEFENDANT TO FILE CROSS-MOTION AND OPPOSITION: | March 21, 2025 |
| PLAINTIFF TO FILE REPLY AND OPPOSITION TO CROSS-MOTION | April 4, 2025 |
| DEFENDANT TO FILE REPLY | April 18, 2025 |
| RULE 52 HEARING DATE: | May 27, 2025 at 2:00 p.m., in person |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. Parties are also advised to carefully review the Standing Order's sections on sealing procedures and experts, as they contain requirements specific to this Court. *See* Standing Order Sections 9 & 10, respectively.

The case management conference scheduled for September 30, 2024 is hereby **VACATED.** As set forth above, the parties are **REFERRED** to private mediation. The parties have stipulated to use private mediation before November 29, 2024, and have scheduled a mediation for November 18, 2024. (Dkt. No. 17.)

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 27, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**